**Judge James L. Robart**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVELYNE SUZANNE SUDRE, and MICHEL SUDRE, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PORT OF SEATTLE, a Washington municipal corporation, and ABM INDUSTRIES INCORPORATED (a Delaware corporation), <br><br> Defendants. | No. 2:15-cv-00928-JLR <br><br> **ORDER OF DISMISSAL** |

THIS MATTER having come on before this Court upon the Stipulation of Dismissal dated April 5, 2017, that all claims should be dismissed with prejudice and without costs to any party, it is hereby

ORDERED, ADJUDGED, AND DECREED that all claims are hereby dismissed with prejudice and without costs to any party.

DATED this 6th day of April, 2017

_____
Judge James L. Robart

**ORDER OF DISMISSAL - 1 (2:15-cv-00928-JLR)**
w:\sudre\pld\dismissal_ord

NORTHCRAFT, BIGBY & BIGGS, P.C.
819 Virginia Street / Suite C-2
Seattle, Washington 98101
*tel:* 206-623-0229
*fax:* 206-623-0234

**Presented By:**

/s/ Mark S. Northcraft
Mark S. Northcraft, WSBA #7888
Northcraft, Bigby & Biggs, P.C.
819 Virginia Street, Suite C-2
Seattle, WA 98101
Telephone: (206) 623-0229
Facsimile: (206) 623-0234
E-mail: mark_northcraft@northcraft.com
Attorney for Defendants

/s/ Jonathan C. Capp
Jonathan C. Capp, Pro Hac Vice
Law Offices of Jonathan C. Capp
11654 Chippenham Way
San Diego, CA 92128
Telephone: (760) 231-6498
E-mail: jcclex@gmail.com
Attorney for Plaintiffs

/s/ William Frick
William Frick, WSBA # 26648
Law Office of William Frick
719 Second Avenue, Suite 701
Seattle, WA 98104
Telephone: (206) 286-0167
Facsimile: (206) 770-7215
E-mail: william@fricklawfirm.info
Attorney for Plaintiffs

ORDER OF DISMISSAL - 2 (2:15-cv-00928-JLR)
w:\sudre\pld\dismissal_ord

NORTHCRAFT, BIGBY & BIGGS, P.C.
819 Virginia Street / Suite C-2
Seattle, Washington 98101
tel: 206-623-0229
fax: 206-623-0234